United States District Court

Eastern District of Louisiana

Street

v.                                                    CIVIL ACTION NO. 2:00-cv-02164 S (2)

CF Industries Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, July 24, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY STREET, SR., ANTHONY STREET, JR., AND RODNEY COMERY | CIVIL ACTION NO. 00-2164 |
| VERSUS | DIVISION _____ SECTION _____ |
| C.F. INDUSTRIES, INC. AND TURNER INDUSTRIES, LTD | JUDGE SECT. S MAG. 2 MAGISTRATE |

### NOTICE OF REMOVAL

To:   Plaintiffs
      Through their counsel of record
      Joseph M. Bruno
      825 Baronne St.
      New Orleans, LA 70113

PLEASE TAKE NOTICE that CF Industries, Inc. ("CF"), defendant in that certain proceeding entitled "Anthony Street, Sr., Anthony Street, Jr., and Rodney Comery" Civil Action No. 26879, Section "C", filed in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, hereby files its Notice of Removal and removes this action to the United States District Court for the Eastern District of Louisiana. A copy of this Notice of Removal is being served upon you, Joseph Bruno, as counsel for plaintiffs, Anthony Street, Sr., et al., and a copy of this Notice of Removal is being filed with the Clerk of Court of the

23rd Judicial District Court for the Parish of St. James, State of Louisiana, in conformity with 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in CF's possession is attached hereto as Exhibit A.

CF respectfully submits that the grounds for its removal of the action are as follows:

I.

A Petition (the "Petition") entitled "Anthony Street, Sr., Anthony Street, Jr., and Rodney Comery" Civil Action No. 26879, Section "C", filed in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana,, on July 6, 2000 and is pending in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana. Anthony Street, Sr., Anthony Street, Jr., and Rodney Comery purport to represent a class of individuals who sustained damages as a result of the incident at CF Industries' Donaldsonville facility occurring at approximately 11:30 p.m. on May 24, 2000.

II.

A parallel Class Action Petition entitled "Charles D. Jones, Stella Davis, Nedra Parker, Benjamin Butler, Anthony T. Allen, Brenda Allen, Charles Ray, Cornelius White, James Wilson, Ryan Washington, Dwight Breaux, Christopher Jasper, Lawrence Northern, Donald Blount, Fabrian O'Bear, James Rome, Reginald Rome, et al." suit no., 67,328, Division C, filed in the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, ("the Jones Case") has been recently removed to the Middle District of Louisiana. Plaintiffs in the Jones Case purport to represent a class of individuals who sustained damages as a result of the incident at CF Industries' Donaldsonville facility occurring at approximately 11:30 p.m. on May 24, 2000. The claims of the plaintiffs in the Jones Case overlap with the claims of the plaintiffs in the instant case, and CF has moved for all the cases arising out of the May 24, 2000 explosion to be consolidated in the Middle District of Louisinana.

III

Plaintiffs in the Jones Case are domiciled in Louisiana. CF Industries, the sole defendant in the Jones Case, is a Delaware Corporation with its principal place of business in Illinois.

IV.

The amount in controversy in the Jones Case can be expected by a preponderance of the evidence or with reasonable certainty to exceed $75,000 for the following reasons:

    a.)    Plaintiffs in the Jones Case allege "severe physical, mental, and emotional injury. . . .lost wages, past, present and future, and expenses for medical treatment, past, present and future" (Petition at ¶7) in addition to "exposure to yet to be determined chemical substances, property damage, personal injury, emotional and mental damages, economic damages, evacuation, shelter in place, inconvenience and fear and fright." (Petition at ¶6). Plaintiffs also demand costs for the prosecution of the class action.

    b.)    The plaintiffs in the Jones Case do not allege that their damages are less than $75,000.00, and based on the facts pled by plaintiffs, the amount in controversy with respect to certain of the named plaintiffs' claims can be expected by a preponderance of the evidence or with reasonable certainty to exceed the sum or value of $75,000, exclusive of interest and costs.

V.

This Court has original jurisdiction over the claims of the plaintiffs in the Jones Case, because there exists complete diversity of citizenship, and because the amount in controversy may reasonably exceed $75,000.00.

VI.

There is another pending class action in this Court, *Shiela Sanders, et al. v. CF Industries*, No. 00-1680, Section "L", in which counsel for plaintiff, Bruno & Bruno, has attempted to certify

an identical class arising out of the May 24, 2000, incident at CF's Donaldsonville Facility. CF has filed an answer in *Sanders*.

VII.

CF is the sole defendant in the *Sanders* class action, and complete diversity exists between the parties in *Sanders*. The filing of the instant suit, which attempts to certify an identical class action, is an attempt by counsel for plaintiffs to circumvent the provisions of Rule 15 which prohibits the amendment of pleadings after an answer has been filed.

VIII.

This Court has original jurisdiction over the *Jones* and *Sanders* cases because the parties in those cases are completely diverse, and the amount in controversy exceeds $75,000. This Court must retain jurisdiction over the remaining claims and cases, including the instant case, under 28 U.S.C. §1367(a), which provides: "in any civil action of which the district courts have original jurisdiction, the district courts **shall** have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." (Emphasis added). The exceptions to 28 U.S.C. §1367(a), which are found in 28 U.S.C. §1367(b) & (c) are inapplicable.

IX.

This Court has jurisdiction over the instant case pursuant to the "All Writs Act," 28 U.S.C. §1651.

X.

Thirty (30) days have not elapsed since CF received notice of the Petition on or after July 6, 2000. Accordingly, Notice of Removal is timely pursuant to 28 U.S.C. ¶ 1446(b).

XI.

Promptly after filing this Notice of Removal, written notice hereof will be given to plaintiffs and will be filed with the Clerk of the 23rd Judicial District Court for the Parish of St. James, State of Louisiana.

WHEREFORE, Defendant CF Industries, Inc. prays that this, its Notice of Removal, be deemed good and sufficient and that the aforesaid Class Action Petition be removed from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in such civil action from such state court, and thereupon proceed with the civil action as if it had been commenced originally in this Honorable Court.

Respectfully submitted,

_____
ROBERT E. KERRIGAN (#7350) TA
CHARLES LECHE (#08218)
ISAAC H. RYAN (#23925)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130-3672

- and -

MARK C. DODART (#17549)
NEIL C. ABRAMSON (#21436)
NORA T. BOLLING (#22955)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

5

- and -

MICHAEL H. RUBIN (#10833)
RICHARD A. CURRY (#4671)
MICHAEL FERACHI (#19566)
McGLINCHEY STAFFORD
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000

- and -

JOHN W. PERRY JR. (#10524)
DANIEL J. BALHOFF (#18776)
ATKINSON, PERRY, ATKINSON
   & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

- and -

MALCOLM J. DUGAS, JR. (05137)
DUGAS, LEBLANC & SOTILE, L.L.C.
406 Houmas Street
Donaldsonville, Louisiana 70346
Telephone: (225) 473-3109

COUNSEL FOR CF INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record by First Class United States Mail, properly addressed and postage prepaid, this ___ day of July, 2000.

_____

6